FILED
CLERK, U.S. DISTRICT COURT
NOV - 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASTILLO, | NO. CV 16-4463-VBF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| S. PERRY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 2, 2016.

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE